# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| PENNY J. SHOCKEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAY COUNTY MEMORIAL HOSPITAL, ) <br> BESSINE WALTERBACH, LLP, ) <br> ) <br> Defendants. | Case No. 4:19-00648-CV-RK |

## ORDER REMANDING TO STATE COURT

This case was removed to this Court on August 19, 2019, by Defendant Bessine Walterbach, LLP ("Bessine"). (Doc. 1). On August 23, 2019, the Court issued an order to show cause why the case should not be remanded to state court for lack of jurisdiction. (Doc. 4). Specifically, both Defendants are citizens of Missouri implicating the Forum Defendant Rule, and the case was removed more than one year after the action commenced. On August 26, 2019, Bessine filed its response to the order to show cause. (Doc. 5). Bessine agrees this case should be remanded to state court.

Accordingly, it is **ORDERED** that the Clerk of the Court **REMAND** the case to the Circuit Court of Ray County, Missouri.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: August 27, 2019