# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

___

Penny J. Shockey,

    Plaintiff,

**V.**                                              Case No. 4:19-cv-00648-RK

Ray County Memorial Hospital, et al.,

    Defendant(s).

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X___ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

       the Clerk of the Court REMAND the case to the Circuit Court of Ray County, Missouri.

    **IT IS SO ORDERED.**

Dated: August 27, 2019                                        /s/ Paige Wymore-Wynn
                                                                      Clerk of the Court

Entered: September 3, 2019                              /s/ LaTandra Wheeler
                                                                      Deputy Clerk